868 A.2d 1008

IN THE MATTER OF RICK A. GARCIA, AN ATTORNEY AT LAW (ATTORNEY NO. 26381986).

March 10, 2005.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11(a) recommending that **RICK A. GARCIA** of **CLIFTON,** who was admitted to the bar of this State in 1986, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **RICK A. GARCIA** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **RICK A. GARCIA,** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **RICK A. GARCIA** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.